IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>AARON JAMES JACKSON,<br><br>      Defendant. | 4:14MJ3019<br><br>DETENTION ORDER |

  After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending further proceedings.

  Based on the evidence presented,, the court finds by clear and convincing evidence that defendant's release would pose a serious risk of harm to the community and risk of defendant's nonappearance at court proceedings, and no condition or combination of conditions of release will sufficiently ameliorate that risk.

  Specifically, the court finds that the defendant has a criminal record which indicates a propensity to violate orders of the court; has provided false information to law enforcement officers; aided in hiding his brother to avoid the brother's arrest on a federal warrant; was present and the driver when his brother, a passenger, used a weapon to shoot at another person; and no conditions or combination of conditions are currently available which will sufficiently ameliorate the risks posed if the defendant is released.

Directions Regarding Detention

  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

  April 4, 2014.

                      BY THE COURT:

                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge